IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v.  : | Case No. 1:13-CR-42 (WLS) |
| DARION JAY GILLISON, : | |
| Defendant. : | |

## ORDER

Before the Court, without objection, is Defendant Darion Jay Gillison's Motion for Reconsideration of Detention Order Based on Change in Circumstances. (Doc. 178.) In the motion, Defendant asks the Court to Reconsider United States Magistrate Judge Thomas Q. Langstaff's November 13, 2013 Order of Detention because Defendant's newborn child is in intensive care and is not expected to survive. Defendant also informs the Court he intends to enter a change of plea in this case. Based on the record and the absence of an objection, and for good cause shown, the Court will modify the Order of Detention to permit Defendant to be released on personal recognizance for a limited period and under the following conditions:

(1) Defendant shall not be released from detention prior to 12 p.m. on Thursday, May 1, 2014;

(2) Defendant's travel during the release is restricted to the State of Georgia;

(3) Defendant shall not consume alcohol or use any illegal drugs or controlled substance during the furlough granted herein;

1

(4) Defendant shall not engage in any illegal criminal conduct or knowingly associate with any other person using illegal drugs, unlawfully using controlled substances, or engaged in any other illegal activity during the furlough granted herein; and

(5) Defendant shall report in person to the Sumter County Jail no later than 6 p.m. on Tuesday, May 6, 2014.

Defendant's failure to report in person as ordered herein shall result in a warrant being immediately issued for Defendant's arrest upon the Order of the Court. Defendant's absence from the custody of the Sumter County Jail, outside of the period of release granted herein—to wit, from 12:00 p.m. on May 1, 2014 to 6 p.m. on May 6, 2014—is *per se* unauthorized, considered an intentional escape, and a violation of this Order, and subject to available sanctions, both criminal and civil.

During the term of this furlough, Defendant shall maintain on his person or otherwise make readily available a copy of this Order, and shall produce a copy of this Order to any law enforcement officer, along with any form of identification produced at the request of such law enforcement officer.  Defendant is **NOTICED** that any violation of this Order may result in sanctions, additional criminal penalties, and may adversely affect his future sentence, including any potential reduction for acceptance of responsibility. The Motion for Reconsideration (Doc. 178) is **GRANTED**.

**SO ORDERED**, this ___1st___ day of May, 2014.

                                             __/s/ W. Louis Sands_____
                                             **W. LOUIS SANDS, JUDGE**
                                             **UNITED STATES DISTRICT COURT**